# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINIOS

In re:  THOMAS A. PERCY           §    Case No. 14-80016
        DEBRA A. PERCY            §
                                  §
                                  §
        Debtors                   §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1) The case was filed on 01/03/2014.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 05/13/2014.

5) The case was converted on 05/13/2014.

6) Number of months from filing or conversion to last payment: 4.

7) Number of months case was pending: 5.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $23,000.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have NOT cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 4,296.00 | |
| Less amount refunded to debtor | $ 1,738.23 | |
| **NET RECEIPTS** | | $ 2,557.77 |

| Expenses of Administration: | |
|---|---|
| Attorney's Fees Paid Through the Plan | $ 0.00 |
| Court Costs | $ 0.00 |
| Trustee Expenses & Compensation | $ 257.77 |
| Other | $ 0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 257.77 |
| Attorney fees paid and disclosed by debtor: | $ 2,000.00 |

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ATTORNEY CYNTHIA J BRISCOE | Lgl | 4,000.00 | 4,000.00 | 0.00 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NA | Sec | 6,000.00 | 6,569.03 | 0.00 | 0.00 | 0.00 |
| GE CAPITAL / RETAIL BANK | Sec | 1,000.00 | 1,000.00 | 1,000.00 | 200.00 | 0.00 |
| GE CAPITAL / RETAIL BANK | Uns | 4,863.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Sec | 200.00 | 0.00 | 100.00 | 100.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 2,439.86 | 3,274.16 | 3,174.16 | 0.00 | 0.00 |
| KENNETH C SPAIGHT | Uns | 58,097.62 | NA | NA | 0.00 | 0.00 |
| FORD MOTOR CREDIT CORP | Sec | 9,000.00 | 7,082.79 | 7,082.79 | 1,833.99 | 166.01 |
| MILLENIUM BANK | Uns | 353,868.95 | NA | NA | 0.00 | 0.00 |
| PNC MORTGAGE | Sec | 25,000.00 | 36,860.09 | 0.00 | 0.00 | 0.00 |
| PNC MORTGAGE | Sec | 10,000.00 | 31,651.23 | 10,000.00 | 0.00 | 0.00 |
| WISCONSIN DEPARTMENT OF | Pri | 20,000.00 | 22,468.30 | 22,468.30 | 0.00 | 0.00 |
| WISCONSIN DEPARTMENT OF | Uns | 0.00 | 802.55 | 802.55 | 0.00 | 0.00 |
| BECKETT & LEE LLP | Uns | 6,236.37 | 3,793.12 | 3,793.12 | 0.00 | 0.00 |
| BILL ME LATER | Uns | 687.06 | NA | NA | 0.00 | 0.00 |
| BROADCAST MUSIC INC | Uns | 2,627.99 | NA | NA | 0.00 | 0.00 |
| BUCKLE CARD / COMENITY BANK | Uns | 551.47 | NA | NA | 0.00 | 0.00 |
| CAPITOL ONE BANK / MENARDS | Uns | 3,485.04 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ALTAIR OH XIII, LLC | Uns | 6,665.39 | 6,635.29 | 6,635.29 | 0.00 | 0.00 |
| CITICARD / STAPLES | Uns | 594.45 | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK | Uns | 12,012.72 | 12,772.27 | 12,772.27 | 0.00 | 0.00 |
| FORD MOTOR CREDIT COMPANY | Uns | 638.00 | NA | NA | 0.00 | 0.00 |
| GEICO GENERAL INS CO | Uns | 98.23 | NA | NA | 0.00 | 0.00 |
| GROVE LIQUOR MART | Uns | 1,239.44 | NA | NA | 0.00 | 0.00 |
| ILL STATE TOLLWAY AUTHORITY | Uns | 289.40 | NA | NA | 0.00 | 0.00 |
| LABCORP | Uns | 43.40 | NA | NA | 0.00 | 0.00 |
| LON J NIGRO & JACKLYN R NIGRO | Uns | 49,009.47 | NA | NA | 0.00 | 0.00 |
| MEDIACOM | Uns | 334.36 | NA | NA | 0.00 | 0.00 |
| MORAINE ER PHYSICIANS | Uns | 928.38 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Uns | 311.49 | NA | NA | 0.00 | 0.00 |
| NICOR | Uns | 205.97 | 153.36 | 153.36 | 0.00 | 0.00 |
| NM LAKE FOREST HOSPITAL | Uns | 890.00 | NA | NA | 0.00 | 0.00 |
| ORCHARD MEDICAL CENTER | Uns | 460.53 | NA | NA | 0.00 | 0.00 |
| PNC BANK | Uns | 1,331.04 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 335.20 | 328.80 | 328.80 | 0.00 | 0.00 |
| VILLAGE OF ISLAND LAKE | Uns | 138.14 | NA | NA | 0.00 | 0.00 |
| WIL - KIL PEST CONTROL | Uns | 167.00 | NA | NA | 0.00 | 0.00 |
| LAKESIDE MUSIC INC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| STATE OF WISCONSIN DWD-UI | Pri | 0.00 | 10,240.08 | 5,946.52 | 0.00 | 0.00 |
| STATE OF WISCONSIN DWD-UI | Uns | 0.00 | 0.00 | 4,293.56 | 0.00 | 0.00 |
| FORD MOTOR CREDIT CORP | Uns | 0.00 | 7,082.79 | 0.00 | 0.00 | 0.00 |
| CAVALRY SPV I, LLC | Uns | 0.00 | 6,863.00 | 6,863.00 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 0.00 | 178.50 | 178.50 | 0.00 | 0.00 |
| SPINLER HWY 83 PROPERTY, LLC | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| MJC HOLDINGS & JOSE | Uns | 150,000.00 | NA | NA | 0.00 | 0.00 |
| ERROR | Uns | 0.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 10,000.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 7,082.79 | $ 1,833.99 | $ 166.01 |
| All Other Secured | $ 1,100.00 | $ 300.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 18,182.79 | $ 2,133.99 | $ 166.01 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 28,414.82 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 28,414.82 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 38,994.61 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 257.77 |
| Disbursements to Creditors | $ 2,300.00 |
| **TOTAL DISBURSEMENTS:** | $ 2,557.77 |

UST Form 101-13-FR-S (9/1/2009)

      12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

Date: 06/09/2014        By: /s/ Lydia S. Meyer
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)